# Court of Appeals
# of the State of Georgia

ATLANTA,    July 09, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2041. BRENDA VENNINGS et al. v. CITIMORTGAGE, INC.

On October 9, 2012, the trial court granted summary judgment in favor of defendant CitiMortgage, Inc.  CitiMortgage subsequently filed a motion to dismiss the appeal, which the trial court denied as moot on March 26, 2013 because no appeal had been filed. On April 16, 2013, plaintiffs Brenda Vennings and Pamela Rozier filed a notice of appeal from the October 9, 2012 order granting summary judgment to CitiMortgage. We lack jurisdiction.

Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). However, a notice of appeal must be filed within 30 days after entry of the order.  See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Vennings and Rozier filed their notice of appeal 30 days from the trial court's order denying the motion to dismiss, but the order denying CitiMortgage's motion to dismiss cannot be used as a vehicle for obtaining appellate review of a ruling entered by the trial court more than 30 days from the filing of the notice of appeal. See generally *Waye v. Continental Special Risks*, 289 Ga. App. 82, 84 (656 SE2d 150) (2007). Because Vennings and Rozier did not file a notice of appeal within 30 days after entry of the trial court's grant of summary judgment, the appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/09/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*